B5 (Official Form 5) (12/07)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| __CENTRAL__ District of __CALIFORNIA__ | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| 1019 SOUTH CENTRAL ASSOCIATES, LTD. A CALIFORNIA LIMITED PARTNERSHIP | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 2664 LACY STREET LOS ANGELES, CA 90031 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS LOS ANGELES                                                   ZIP CODE 90031 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

X Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box.) | Type of Debtor (Form of Organization) | Nature of Business (Check one box.) |
|---|---|---|
| Petitioners believe: ☐ Debts are primarily consumer debts ☒ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor) ☐ Corporation (Includes LLC and LLP) ☒ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | FILED<br>FEB 2 2 2011<br>CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY:                           Deputy Clerk |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: 1019 SOUTH CENTRAL ASSOCIATES, LTD A CALIFORNIA LIMITED PARTNERSHIP

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ OWNER<br>Signature of Petitioner or Representative (State title)<br>VICENTE GARCIA d.b.a. V&L WELDING    2/9/2011<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>VICENTE GARCIA<br>3416 S. McKINLEY AVE<br>LOS ANGELES, CA 90011<br>OWNER | x _[signature]_    02/10/2011<br>Signature of Attorney    Date<br>JONATHAN KWAN  SBN #266598<br>Name of Attorney Firm (If any)<br>PO Box 74812 Los Angeles, CA 90004<br>Address<br>(310) 467-0728<br>Telephone No. |
| x _[signature]_ INDIVIDUAL<br>Signature of Petitioner or Representative (State title)<br>FERNANDO RUIZ    2/9/2011<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>FERNANDO RUIZ<br>1697 W. BELVUE ST.<br>SAN BERNARDINO, CA 92410<br>INDIVIDUAL | x _[signature]_    02/10/2011<br>Signature of Attorney    Date<br>JONATHAN KWAN  SBN #266598<br>Name of Attorney Firm (If any)<br>PO Box 74812 Los Angeles, CA 90004<br>Address<br>(310) 467-0728<br>Telephone No. |
| x _[signature]_ Individual<br>Signature of Petitioner or Representative (State title)<br>Toshio Kato    2/9/2011<br>Name of Petitioner    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Toshio Kato<br>2555 MAIN ST., #208<br>IRVINE, CA 92614<br>INDIVIDUAL | x _[signature]_    02/10/2011<br>Signature of Attorney    Date<br>JONATHAN KWAN  SBN #266598<br>Name of Attorney Firm (If any)<br>PO Box 74812 Los Angeles, CA 90004<br>Address<br>(310) 467-0728<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| VICENTE GARCIA D.B.A V&L WELDING<br>3416 S. McKINLEY AVE., LOS ANGELES, CA 90011 | CONTRACT WORK | $2,800.00 |
| FERNANDO RUIZ<br>1697 W. BELVUE ST., SAN BERNARDINO, CA 92410 | CONTRACT WORK | $2,000.00 |
| Tohio Koto<br>2555 MAIN ST., #208, IRVINE, CA 92614 | Consulting Fees | $25,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $29,800.00 |

___ continuation sheets attached

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JONATHAN KWAN SBN #266598    TEL. 310-467-0728<br>P.O. BOX 74812<br>LOS ANGELES, CA 90004    kwan@lalegalgroup.com | RECEIVED<br>FEB 22 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |
| ☒ Attorney for Petitioning Creditor(s)<br>☐ Petitioning Creditor(s) appearing without attorney | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>1019 SOUTH CENTRAL ASSOCIATES, LTD.<br><br><br><br>                                                      Debtor(s). | CASE NO.:<br><br>CHAPTER: 7<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |
|---|---|

To the above-named debtor(s):

   Pursuant to 11 U.S.C. § 303, an involuntary petition was filed on ___FEBRUARY 22, 2011___ in this bankruptcy court praying for the entry of an order for relief against you under chapter __7__ of title 11 of the Bankruptcy Code. A copy of the involuntary petition accompanies this summons.

A status conference in the involuntary case commenced by the involuntary petition has been set for:

| **Hearing Date:** | **Place:** |
|---|---|
| **Time:** | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

   If you with to oppose the entry of an order for relief, you must file with the clerk of this court an answer to the involuntary petition or a motion pursuant to FRBP 1011(c) within 21 days after the date of service of this summons and attached involuntary petition, plus an additional 3 days unless this summons and attached involuntary petition were served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under FRPB 1011(c), your time to answer the petition will be governed by that rule.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                                 Page 1                                                      F 1010-1.SUMMONS

**TO THE DEBTOR(S):**

IF YOU FAIL TO TIMELY FILE A RESPONSE TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).

**TO THE PETITIONING CREDITOR(S)**:

IF YOU FAIL TO TIMELY SERVE THE SUMMONS AND INVOLUNTARY PETITION AND/OR TO FILE PROOF OF SERVICE OF DOCUMNT THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LBR 1010-1.

                                              KATHLEEN J. CAMPBELL
                                              CLERK OF COURT

Date: _____                            By: _____
                                                                        Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                      Page 2                                              **F 1010-1.SUMMONS**